UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: § | |
| § | |
| BULMANN, RICHARD § | Case No. 09-11005 |
| TRIBUZIO, KAREN § | |
| § | |
| Debtor(s) § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        KENNETH S. GARDNER
        CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 05/25/2011 in Courtroom 642,
        United States Courthouse
        219 South Dearborn Street
        Chicago, Illinois 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/20/2011                By: /s/ Barry A. Chatz, Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

```
                       United States Bankruptcy Court
                        Northern District of Illinois

In re:                                                    Case No. 09-11005-SPS
Richard Bulmann                                           Chapter 7
Karen Tribuzio
         Debtors            CERTIFICATE OF NOTICE
District/off: 0752-1          User: dpruitt              Page 1 of 2                  Date Rcvd: Apr 21, 2011
                              Form ID: pdf006            Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 23, 2011.
db/jdb       +Richard Bulmann,    Karen Tribuzio,    5728 S. Parkside Avenue,    Chicago, IL 60638-3715
aty          +Christina M Riepel,    Gregory K. Stern, P.C.,    53 West Jackson Blvd,    Suite 1442,
               Chicago, IL 60604-3536
aty          +Gregory K Stern,    Gregory K. Stern, P.C.,    53 West Jackson Blvd.,    Suite 1442,
               Chicago, IL 60604-3536
aty          +James Hausler,    Gregory K Stern PC,    53 W Jackson Blvd Suite 1442,    Chicago, IL 60604-3536
aty          +James P Wognum,    Law Office of James P. Wognum,    122 S Michigan Ave.,    Suite 1290,
               Chicago, IL 60603-6259
aty          +Monica C O’Brien,    Gregory K. Stern, P.C.,    53 W Jackson Blvd Ste 1442,
               Chicago, IL 60604-3536
tr           +Barry A Chatz,    Arnstein & Lehr,    120 South Riverside Plaza Ste 1200,    Chicago, IL 60606-3910
13716170     +American Express Bank FSB,    Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13716175      BP Amoco,    Chase Card Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
13716173     +Blatt Hasenmiller Liebsker & Moore,    125 S. Wacker Drive, #400,    Chicago, IL 60606-4440
13716174     +Blitt and Gaines, P.C.,    661 W. Glenn Ave,    Wheeling, IL 60090-6017
13973698     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
13716176      Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
13716177      Chase Bank,    P.O. Box 15298,    Wilmington, DE 19850-5298
13716178     +Chase Manhattan Bank USA NA,    P.O. Box 15298,    Wilmington, DE 19850-5298
13716179     +Chase Mastercard,    P.O. Box 15298,    Wilmington, DE 19850-5298
13716181      Citgo Petroleum Corporation,    P.O. Box 4689,    Houston, TX 77210-4689
13716182      Citi Driver’s Edge,    P.O. Box 6000,    The Lakes, NV 89163-6000
13716183      Citi Platinum Select Card,    P.O. Box 142319,    Irving, TX 75014-2319
13716184      Citibank NA,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
13716185      Exxon Mobil,    Credit Card Center,    P.O. Box 6404,    Sioux Falls, SD 57117-6404
13716186      Financial Assset Management Syst,    P.O. Box 451409,    Atlanta, GA 31145-9409
13716188      GMAC,    P.O. Box 51014,    Carol Stream, IL
13716189     +HSBC,    P.O. Box 80053,    Salinas, CA 93912
13716190     +J.C. Christensen & Assoc,    P.O. Box 519,    Sauk Rapids, MN 56379-0519
13716191      LVNV Funding LLC,    c/o Redline Recovery Services, LLC,    1250 North Forest Road, Ste 31B,
               Getzville, NY 14068-1296
13716192     +LVNV Funding, LLC,    c/o Nelson, Watson & Assoc. LLC,    80 Merrimack Street, Lower Level,
               Haverhill, MA 01830-5211
13716193     +LVNV Funding, LLC,    c/o Capital Management Services, LP,    726 Exchange St., Ste 700,
               Buffalo, NY 14210-1464
13716194     +LVNV Funding, LLC,    c/o Tate & Kirlin Associates,    2810 Southampton Road,
               Philadelphia, PA 19154-1207
13716195      LVNV Funding, LLC,    c/o Weltman, Weingerg & Reis Co. LP,    323 W. Lakeside Ave., Ste 200,
               Cleveland, OH 44113-1099
13716198     +LVNV Funding, LLC,    c/o J.C. Christensen and Associates,    P.O. Box 519,
               Sauk Rapids, MN 56379-0519
13716196     +LVNV Funding, LLC,    c/o Weltman, Weingerg & Reis Co. LP,    965 Keynote Circle,
               Brooklyn Heights, OH 44131-1829
13716197     +LVNV Funding, LLC,    c/o Blitt and Gaines, P.C.,    661 W. Glenn Ave,    Wheeling, IL 60090-6017
13716199     +Marathon Petroleum Company LLC,    Customer Service Department,    P.O. Box 1,
               Findlay, OH 45839-7836
13937306     +Marathon Petroleum Company LLC,    PO Box 81,    Findlay, OH 45839-0081
13716200      NAFS,    165 Lawrence Bell Dr., Ste 100,    P.O. Box 9027,    Buffalo, NY 14231-9027
13716201      National Action Financial Services,    165 Lawrence Bell Dr. Ste 100,    P.O. Box 9027,
               Williamsville, NY 14231-9027
13925207     +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
13716204     +Resurgent Capital Services,    c/o J.C. Christensen & Assoc, Inc.,    P.O. Box 519,
               Sauk Rapids, MN 56379-0519
13716202      Resurgent Capital Services,    c/o Merchantile Adjustment Bureau,    P.O. Box 9016,
               Williamsville, NY 14231-9016
13716203     +Resurgent Capital Services,    c/o Sentry Credit, Inc.,    2809 Grand Ave,    Everett, WA 98201-3417
13716205      Shell Oil,    Customer Service Center,    P.O. Box 689152,    Des Moines, IA 50368-9152
13937313     +Speedway SuperAmerica LLC,    PO Box 1590,    Springfield, OH 45501-1590
13716206     +Speedway Superamerica,    c/o United Collection Bureau, Inc,    5620 Southwick Blvd., Ste 206,
               Toledo, OH 43614-1501
13716207     +Spring Green,    11927 Spaulding School Drive,    Plainfield, IL 60585-5100
13716208     +T & T Delivery,    5728 S. Parkside,    Chicago, IL 60638-3715
13716209     +Tate & Kirlin Associates,    2810 Southampton Road,    Philadelphia, PA 19154-1207
13716210      Van Ru Credit Corporation,    11745 Bradley Road,    Milwaukee, WI 53224-2531
13716211      Weltman, Weingerg & Reis Co. LP,    323 W. Lakeside Ave., Ste 200,    Cleveland, OH 44113-1099
14171420     +Worldwide Asset Purchasing, II, LLC,    c/o West Asset Purchasing, Inc,,    P. O. Box 105698,
               Atlanta,GA 30348-5698
```

```
District/off: 0752-1          User: dpruitt            Page 2 of 2               Date Rcvd: Apr 21, 2011
                              Form ID: pdf006          Total Noticed: 61
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13716169       E-mail/Text: bkr@cardworks.com Apr 21 2011 22:35:50      Advanta,    P.O. Box 30715,
                Salt Lake, UT
13716171       E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 21 2011 22:34:46      Asset Acceptance LLC,
                P.O. Box 2039,   Warren, MI 48090-2039
14410236      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 21 2011 22:34:46      Asset Acceptance LLC,
                Assignee/ chase,    PO BOX 2036,   Warren, MI 48090-2036
13915246      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 21 2011 22:34:46
                Asset Acceptance LLC / Assignee / British Petroleu,    Po Box 2036,   Warren MI 48090-2036
13959483      +E-mail/PDF: rmscedi@recoverycorp.com Apr 22 2011 01:32:18      Capital Recovery III LLC,
                (Citibank - SHEL CONSUMER),    C/O Recovery Management Systems Corp,
                25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
13716187       E-mail/Text: data_processing@fin-rec.com Apr 21 2011 22:36:14
                Financial Recovery Services, Inc.,    P.O. Box 385908,   Minneapolis, MN 55438-5908
13965724      +E-mail/PDF: rmscedi@recoverycorp.com Apr 22 2011 01:32:18
                Recovery Management Systems Corporation,    For Capital Recovery III LLC,
                As Assignee of Citibank - GOODYEAR,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
13964553      +E-mail/PDF: rmscedi@recoverycorp.com Apr 22 2011 01:32:18
                Recovery Management Systems Corporation,    For Capital Recovery III LLC,
                As Assignee of Citibank - EXXONMOBIL CON,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
13964556      +E-mail/PDF: rmscedi@recoverycorp.com Apr 22 2011 01:32:19
                Recovery Management Systems Corporation,    For Capital Recovery III LLC,
                As Assignee of Citibank - CITG CONSUMER,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
13965744      +E-mail/PDF: rmscedi@recoverycorp.com Apr 22 2011 01:32:19
                Recovery Management Systems Corporation,    For Capital Recovery III LLC,
                As Assignee of Citibank - SHEL CONSUMER,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
13964617      +E-mail/PDF: rmscedi@recoverycorp.com Apr 22 2011 01:32:18
                Recovery Management Systems Corporation,    For Capital Recovery III LLC,
                As Assignee of Citibank - PHILLIPS CONSU,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13716180*      Chase Mastercard,    P.O. Box 15298,   Wilmington, DE 19850-5298
13716172      ##Bank of America,    P.O. Box 5270,   Carol Stream, IL 60197-5270
                                                                                           TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 23, 2011**              **Signature:**    _Joseph Speetjens_