# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BULMANN, RICHARD | § | Case No. 09-11005 |
| TRIBUZIO, KAREN | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/BARRY A. CHATZ _____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | GMAC P.O. Box 51014 Carol Stream, IL |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| GREGORY K. STERN, P.C. | | | | | |
| GREGORY K. STERN, P.C. | | | | | |
| GREGORY K. STERN, P.C. | | | | | |
| GREGORY K. STERN, PC | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanta P.O. Box 30715 Salt Lake, UT | | | | | |
| | American Express P.O. Box 105278 Atlanta, GA 30348-5278 | | | | | |
| | Asset Acceptance LLC P.O. Box 2039 Warren, MI 48090-2039 | | | | | |
| | BP Amoco Chase Card Services P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | BP Amoco Chase Card Services P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America P.O. Box 5270 Carol Stream, IL 60197-5270 | | | | | |
| | Bank of America P.O. Box 5270 Carol Stream, IL 60197-5270 | | | | | |
| | Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285 | | | | | |
| | Chase Bank P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Chase Manhattan Bank USA NA P.O. Box 15298 Wilmington, DE 19850-5299 | | | | | |
| | Chase Mastercard P.O. Box 15298 Wilmington, DE 19850-5299 | | | | | |
| | Chase Mastercard P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Chase Mastercard P.O. Box 15298 Wilmington, DE 19850-5299 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citgo Petroleum Corporation P.O. Box 4689 Houston, TX 77210-4689 | | | | | |
| | Citgo Petroleum Corporation P.O. Box 4689 Houston, TX 77210-4689 | | | | | |
| | Citi Driver's Edge P.O. Box 6000 The Lakes, NV 89163-6000 | | | | | |
| | Citi Driver's Edge P.O. Box 6000 The Lakes, NV 89163-6000 | | | | | |
| | Citi Platinum Select Card P.O. Box 142319 Irving, TX 75014-2319 | | | | | |
| | Citi Platinum Select Card P.O. Box 142319 Irving, TX 75014-2319 | | | | | |
| | Citibank NA P.O. Box 6241 Sioux Falls, SD 57117-6241 | | | | | |
| | Exxon Mobil Credit Card Center P.O. Box 6404 Sioux Falls, SD 57117-6404 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Exxon Mobil Credit Card Center P.O. Box 6404 Sioux Falls, SD 57117-6404 | | | | | |
| | GMAC P.O. Box 51014 Carol Stream, IL | | | | | |
| | GMAC P.O. Box 51014 Carol Stream, IL | | | | | |
| | GMAC P.O. Box 51014 Carol Stream, IL | | | | | |
| | HSBC P.O. Box 80053 Salinas, CA 93912-0055 | | | | | |
| | LVNV Funding LLC c/o Redline Recovery Services, LLC 1250 North Forest Road, Ste 31B Getzville, NY 14068-1296 | | | | | |
| | LVNV Funding LLC c/o Redline Recovery Services, LLC 1250 North Forest Road, Ste 31B Getzville, NY 14068-1296 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | LVNV Funding LLC c/o Redline Recovery Services, LLC 1250 North Forest Road, Ste 31B Getzville, NY 14068-1296 | | | | | |
| | LVNV Funding, LLC c/o Blitt and Gaines, P.C. 661 W. Glenn Ave Wheeling, IL 60090 | | | | | |
| | LVNV Funding, LLC c/o Capital Management Services, LP 726 Exchange St., Ste 700 Buffalo, NY 14210 | | | | | |
| | LVNV Funding, LLC c/o Capital Management Services, LP 726 Exchange St., Ste 700 Buffalo, NY 14210 | | | | | |
| | LVNV Funding, LLC c/o J.C. Christensen and Associates P.O. Box 519 Sauk Rapids, MN 56379 | | | | | |
| | LVNV Funding, LLC c/o Nelson, Watson & Assoc. LLC 80 Merrimack Street, Lower Level Haverhill, MA 01830 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | LVNV Funding, LLC c/o Nelson, Watson & Assoc. LLC 80 Merrimack Street, Lower Level Haverhill, MA 01830 | | | | | |
| | LVNV Funding, LLC c/o Nelson, Watson & Assoc. LLC 80 Merrimack Street, Lower Level Haverhill, MA 01830 | | | | | |
| | LVNV Funding, LLC c/o Tate & Kirlin Associates 2810 Southampton Road Philadelphia, PA 19154 | | | | | |
| | LVNV Funding, LLC c/o Weltman, Weingerg & Reis Co. LP 323 W. Lakeside Ave., Ste 200 Cleveland, OH 44113-1099 | | | | | |
| | LVNV Funding, LLC c/o Weltman, Weingerg & Reis Co. LP 965 Keynote Circle Brooklyn Heights, OH 44131 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Marathon Petroleum Company LLC Customer Service Department P.O. Box 1 Findlay, OH 45839 | | | | | |
| | Representing: Chase Manhattan Bank USA NA | | | | | |
| | Representing: Chase Mastercard | | | | | |
| | Representing: Chase Mastercard | | | | | |
| | Representing: GMAC | | | | | |
| | Representing: GMAC | | | | | |
| | Representing: GMAC | | | | | |
| | Representing: HSBC | | | | | |
| | Representing: LVNV Funding LLC | | | | | |
| | Representing: LVNV Funding LLC | | | | | |
| | Representing: LVNV Funding, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Representing: LVNV Funding, LLC | | | | | |
| | Representing: Resurgent Capital Services | | | | | |
| | Resurgent Capital Services c/o J.C. Christensen & Assoc, Inc. P.O. Box 519 Sauk Rapids, MN 56379 | | | | | |
| | Resurgent Capital Services c/o Merchantile Adjustment Bureau P.O. Box 9016 Willaimsville, NY 14231-9016 | | | | | |
| | Resurgent Capital Services c/o Merchantile Adjustment Bureau P.O. Box 9016 Willaimsville, NY 14231-9016 | | | | | |
| | Resurgent Capital Services c/o Merchantile Adjustment Bureau P.O. Box 9016 Willaimsville, NY 14231-9016 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Resurgent Capital Services c/o Sentry Credit, Inc. 2809 Grand Ave Everett, WA 98201 | | | | | |
| | Shell Oil Customer Service Center P.O. Box 689152 Des Moines, IA 50368-9152 | | | | | |
| | Shell Oil Customer Service Center P.O. Box 689152 Des Moines, IA 50368-9152 | | | | | |
| | Speedway Superamerica c/o United Collection Bureau, Inc 5620 Southwick Blvd., Ste 206 Toledo, OH 43614 | | | | | |
| | Spring Green 11927 Spaulding School Drive Plainfield, IL 60585 | | | | | |
| 000021 | AMERICAN EXPRESS BANK FSB | | | | | |
| 000020 | ASSET ACCEPTANCE LLC | | | | | |
| 000001 | ASSET ACCEPTANCE LLC / ASSIGNEE / B | | | | | |
| 000014 | CHASE BANK USA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000015 | CHASE BANK USA | | | | | |
| 000016 | CHASE BANK USA | | | | | |
| 000017 | CHASE BANK USA | | | | | |
| 000018 | CHASE BANK USA | | | | | |
| 000003 | MARATHON PETROLEUM COMPANY LLC | | | | | |
| 000002 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000005 | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| 000006 | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| 000007 | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| 000008 | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| 000010 | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| 000011 | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| 000012 | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| 000013 | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| 000004 | SPEEDWAY SUPERAMERICA LLC | | | | | |
| 000019 | WORLDWIDE ASSET PURCHASING, II, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:     1

Exhibit 8

| | |
|---|---|
| Case No:          09-11005      SPS    Judge: SUSAN PIERSON SONDERBY | Trustee Name:                        BARRY A. CHATZ |
| Case Name:    BULMANN, RICHARD | Date Filed (f) or Converted (c):   03/30/09 (f) |
|                       TRIBUZIO, KAREN | 341(a) Meeting Date:                05/08/09 |
| For Period Ending:  10/07/11 | Claims Bar Date:                     11/24/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. RESIDENTIAL PROPERTY 5728 S. PARKSIDE AVE CHICAGO, | 45,120.00 | 45,120.00 | DA | 21,000.00 | FA |
| 2. RESIDENTIAL PROPERTY 5728 S. PARKSIDE AVE CHICAGO, | 0.00 | 0.00 | DA | 0.00 | FA |
| 3. LOCATION: 5728 S. PARKSIDE AVENUE, CHICAGO IL | 100.00 | 100.00 | DA | 0.00 | FA |
| 4. TCF BANK CHECKING ACCOUNT -8988 | 50.00 | 50.00 | DA | 0.00 | FA |
| 5. TCF BANK CHECKING ACCOUNT -88987 | 30.00 | 30.00 | DA | 0.00 | FA |
| 6. TCF BANK CHECKING ACCOUNT -8664 | 400.00 | 400.00 | DA | 0.00 | FA |
| 7. BEDROOM SET, TELEVISION, AM-FM CD PLAYER, DVD PLAY | 800.00 | 800.00 | DA | 0.00 | FA |
| 8. VCR TAPES, CDS | 50.00 | 50.00 | DA | 0.00 | FA |
| 9. NECESSARY WEARING APPAREL LOCATION: 5728 S. PARKSI | 250.00 | 250.00 | DA | 0.00 | FA |
| 10. NECESSARY WEARING APPAREL LOCATION: 5728 S. PARKSI | 300.00 | 300.00 | DA | 0.00 | FA |
| 11. WATCH AND WEDDING RING LOCATION: 5728 S. PARKSIDE | 75.00 | 75.00 | DA | 0.00 | FA |
| 12. WATCH AND WEDDING RING LOCATION: 5728 S. PARKSIDE | 75.00 | 75.00 | DA | 0.00 | FA |
| 13. CAMERA (25 YRS OLD) LOCATION: 5728 S. PARKSIDE AVE | 50.00 | 50.00 | DA | 0.00 | FA |
| 14. TRIVENT FINANCIAL $7,500 WHOLE LIFE INSURANCE POLI | 0.00 | 0.00 | DA | 0.00 | FA |
| 15. TRIVENT FINANCIAL WHOLE LIFE INSURANCE POLICY | 13,000.00 | 13,000.00 | DA | 0.00 | FA |
| 16. PUTNAM INVESTMENTS IRA | 2,384.13 | 2,384.13 | DA | 0.00 | FA |
| 17. FIFTH THIRD BANK IRA | 1,565.96 | 1,565.96 | DA | 0.00 | FA |
| 18. 2005 BUICK LACROSSE V6 SEDAN LOCATION: 5728 S. PAR | 8,500.00 | 8,500.00 | DA | 0.00 | FA |
| 19. COPIER, 2 DESKS, FILING CABINETS (USED FOR TRUCKIN | 150.00 | 150.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | DA | 8.12 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $72,900.09 | $72,900.09 | | $21,008.12 | $0.00 |

(Total Dollar Amount in Column 6)

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 16)*

Ver: 16.02b

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 09-11005   SPS   Judge: SUSAN PIERSON SONDERBY | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | BULMANN, RICHARD | | Date Filed (f) or Converted (c): | 03/30/09 (f) |
| | TRIBUZIO, KAREN | | 341(a) Meeting Date: | 05/08/09 |
| | | | Claims Bar Date: | 11/24/09 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ALL ASSETS ADMINISTERED; PREPARE TFR.

Initial Projected Date of Final Report (TFR): 03/31/20        Current Projected Date of Final Report (TFR): 06/30/11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 09-11005 -SPS | Trustee Name: | BARRY A. CHATZ |
| Case Name: | BULMANN, RICHARD | Bank Name: | BANK OF AMERICA, N.A. |
| | TRIBUZIO, KAREN | Account Number / CD #: | *******9971  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4981 | | |
| For Period Ending: | 10/07/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/24/09 | 1 | Richard Bulmann | LIQUIDATION OF REAL PROPERTY | 1110-000 | 21,000.00 | | 21,000.00 |
| | | Karen Tribuzio | | | | | |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.09 | | 21,000.09 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.52 | | 21,000.61 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.53 | | 21,001.14 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.53 | | 21,001.67 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.54 | | 21,002.21 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.53 | | 21,002.74 |
| 02/12/10 | 000301 | International Sureties, Ltd. | CHAPTER 7 BOND PREMIUM | 2300-000 | | 20.55 | 20,982.19 |
| | | 701 Poydras Street | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.48 | | 20,982.67 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.54 | | 20,983.21 |
| 04/29/10 | | Transfer to Acct #*******6469 | Bank Funds Transfer | 9999-000 | | 4,926.44 | 16,056.77 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.51 | | 16,057.28 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.40 | | 16,057.68 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.41 | | 16,058.09 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.41 | | 16,058.50 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.41 | | 16,058.91 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.40 | | 16,059.31 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.40 | | 16,059.71 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.40 | | 16,060.11 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.41 | | 16,060.52 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.41 | | 16,060.93 |
| 02/04/11 | 000302 | INTERNATIONAL SURETIES, LTD. | | 2300-000 | | 13.85 | 16,047.08 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 16,047.20 |
| 03/21/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 16,047.28 |

| | Page Subtotals | 21,008.12 | 4,960.84 |
|---|---|---|---|

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 18)

FORM 2                                                                                              Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-11005  -SPS | |
| Case Name: | BULMANN, RICHARD | |
| | TRIBUZIO, KAREN | |
| Taxpayer ID No: | *******4981 | |
| For Period Ending: | 10/07/11 | |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9971  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/21/11 | | Transfer to Acct #*******6469 | Final Posting Transfer | 9999-000 | | 16,047.28 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 21,008.12 | 21,008.12 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 20,973.72 | |
| Subtotal | 21,008.12 | 34.40 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 21,008.12 | 34.40 | |

Page Subtotals                         0.00            16,047.28

Ver: 16.02b

# FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-11005  -SPS | |
| Case Name: | BULMANN, RICHARD | |
| | TRIBUZIO, KAREN | |
| Taxpayer ID No: | *******4981 | |
| For Period Ending: | 10/07/11 | |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6469  BofA - Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/29/10 | | Transfer from Acct #*******9971 | Bank Funds Transfer | 9999-000 | 4,926.44 | | 4,926.44 |
| 04/29/10 | 003001 | GREGORY K. STERN, P.C. 53 WEST JACKSON BOULEVARD SUITE 1442 CHICAGO, IL 60604 | ATTORNEY FOR TRUSTEE PURSUANT TO 4/27/2010 COURT ORDER | 3210-000 | | 4,903.00 | 23.44 |
| 04/29/10 | 003002 | GREGORY K. STERN, P.C. 53 WEST JACKSON BOULEVARD SUITE 1442 CHICAGO, IL 60604 | EXPENSES | 3220-000 | | 23.44 | 0.00 |
| 03/21/11 | | Transfer from Acct #*******9971 | Transfer In From MMA Account | 9999-000 | 16,047.28 | | 16,047.28 |
| 05/26/11 | 003003 | BARRY A. CHATZ 120 S. RIVERSIDE PLAZA SUITE 1200 CHICAGO, IL  60606 | Chapter 7 Compensation/Fees | 2100-000 | | 2,850.81 | 13,196.47 |
| 05/26/11 | 003004 | BARRY A. CHATZ 120 S. RIVERSIDE PLAZA SUITE 1200 CHICAGO, IL  60606 | Chapter 7 Expenses | 2200-000 | | 55.22 | 13,141.25 |
| 05/26/11 | 003005 | POPOWCER KATTEN, LTD. 35 EAST WACKER DRIVE SUITE 1550 CHICAGO, IL 60601-2124 | Accountant for Trustee Fees (Other | 3410-000 | | 989.00 | 12,152.25 |
| 05/26/11 | 003006 | Asset Acceptance LLC / Assignee / British Petroleu Po Box 2036 Warren MI 48090 | Claim 000001, Payment 11.29510% | 7100-000 | | 278.24 | 11,874.01 |
| 05/26/11 | 003007 | PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 | Claim 000002, Payment 11.29483% | 7100-000 | | 224.19 | 11,649.82 |
| | | | Page Subtotals | | 20,973.72 | 9,323.90 | |

Ver: 16.02b

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-11005  -SPS |
| Case Name: | BULMANN, RICHARD |
| | TRIBUZIO, KAREN |
| Taxpayer ID No: | *******4981 |
| For Period Ending: | 10/07/11 |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6469  BofA - Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Greenville, SC 29602- | | | | | |
| 05/26/11 | 003008 | Marathon Petroleum Company LLC | Claim 000003, Payment 11.29461% | 7100-000 | | 107.17 | 11,542.65 |
| | | PO Box 81 | | | | | |
| | | Findlay, OH 45839 | | | | | |
| 05/26/11 | 003009 | Speedway SuperAmerica LLC | Claim 000004, Payment 11.29495% | 7100-000 | | 73.59 | 11,469.06 |
| | | PO Box 1590 | | | | | |
| | | Springfield, OH 45501 | | | | | |
| 05/26/11 | 003010 | Recovery Management Systems Corporation | Claim 000005, Payment 11.29480% | 7100-000 | | 341.80 | 11,127.26 |
| | | For Capital Recovery III LLC | | | | | |
| | | As Assignee of Citibank - EXXONMOBIL CON | | | | | |
| | | 25 SE 2nd Avenue Suite 1120 | | | | | |
| | | Miami FL 33131 | | | | | |
| 05/26/11 | 003011 | Recovery Management Systems Corporation | Claim 000006, Payment 11.29499% | 7100-000 | | 188.58 | 10,938.68 |
| | | For Capital Recovery III LLC | | | | | |
| | | As Assignee of Citibank - CITG CONSUMER | | | | | |
| | | 25 SE 2nd Avenue Suite 1120 | | | | | |
| | | Miami FL 33131 | | | | | |
| 05/26/11 | 003012 | Recovery Management Systems Corporation | Claim 000007, Payment 11.29536% | 7100-000 | | 129.22 | 10,809.46 |
| | | For Capital Recovery III LLC | | | | | |
| | | As Assignee of Citibank - PHILLIPS CONSU | | | | | |
| | | 25 SE 2nd Avenue Suite 1120 | | | | | |
| | | Miami FL 33131 | | | | | |
| 05/26/11 | 003013 | Recovery Management Systems Corporation | Claim 000008, Payment 11.29536% | 7100-000 | | 116.00 | 10,693.46 |
| | | For Capital Recovery III LLC | | | | | |
| | | As Assignee of Citibank - PHILLIPS CONSU | | | | | |
| | | 25 SE 2nd Avenue Suite 1120 | | | | | |
| | | Miami FL 33131 | | | | | |
| 05/26/11 | 003014 | Recovery Management Systems Corporation | Claim 000009, Payment 11.29475% | 7100-000 | | 179.60 | 10,513.86 |
| | | For Capital Recovery III LLC | | | | | |
| | | As Assignee of Citibank - GOODYEAR | | | | | |

| | Page Subtotals | 0.00 | 1,135.96 |
|---|---|---|---|

Ver: 16.02b

FORM 2                                                                                    Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                          Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-11005  -SPS | |
| Case Name: | BULMANN, RICHARD | |
| | TRIBUZIO, KAREN | |
| Taxpayer ID No: | *******4981 | |
| For Period Ending: | 10/07/11 | |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6469  BofA - Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 25 SE 2nd Avenue Suite 1120 | | | | | |
| | | Miami FL 33131 | | | | | |
| 05/26/11 | 003015 | Recovery Management Systems Corporation | Claim 000010, Payment 11.29494% | 7100-000 | | 872.78 | 9,641.08 |
| | | For Capital Recovery III LLC | | | | | |
| | | As Assignee of Citibank - EXXONMOBIL CON | | | | | |
| | | 25 SE 2nd Avenue Suite 1120 | | | | | |
| | | Miami FL 33131 | | | | | |
| 05/26/11 | 003016 | Recovery Management Systems Corporation | Claim 000011, Payment 11.29491% | 7100-000 | | 203.48 | 9,437.60 |
| | | For Capital Recovery III LLC | | | | | |
| | | As Assignee of Citibank - SHEL CONSUMER | | | | | |
| | | 25 SE 2nd Avenue Suite 1120 | | | | | |
| | | Miami FL 33131 | | | | | |
| 05/26/11 | 003017 | Recovery Management Systems Corporation | Claim 000012, Payment 11.29504% | 7100-000 | | 287.61 | 9,149.99 |
| | | For Capital Recovery III LLC | | | | | |
| | | As Assignee of Citibank - EXXONMOBIL CON | | | | | |
| | | 25 SE 2nd Avenue Suite 1120 | | | | | |
| | | Miami FL 33131 | | | | | |
| 05/26/11 | 003018 | Recovery Management Systems Corporation | Claim 000013, Payment 11.29446% | 7100-000 | | 99.04 | 9,050.95 |
| | | For Capital Recovery III LLC | | | | | |
| | | As Assignee of Citibank - CITG CONSUMER | | | | | |
| | | 25 SE 2nd Avenue Suite 1120 | | | | | |
| | | Miami FL 33131 | | | | | |
| 05/26/11 | 003019 | CHASE BANK USA | Claim 000014, Payment 11.29498% | 7100-000 | | 548.57 | 8,502.38 |
| | | C O WEINSTEIN AND RILEY, PS | | | | | |
| | | 2001 WESTERN AVENUE, STE 400 | | | | | |
| | | SEATTLE, WA 98121 | | | | | |
| 05/26/11 | 003020 | CHASE BANK USA | Claim 000015, Payment 11.29494% | 7100-000 | | 1,021.18 | 7,481.20 |
| | | C O WEINSTEIN AND RILEY, PS | | | | | |
| | | 2001 WESTERN AVENUE, STE 400 | | | | | |
| | | SEATTLE, WA 98121 | | | | | |

|  | Page Subtotals | 0.00 | 3,032.66 |
|---|---|---|---|

Ver: 16.02b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   6

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-11005 -SPS | |
| Case Name: | BULMANN, RICHARD | |
| | TRIBUZIO, KAREN | |
| Taxpayer ID No: | *******4981 | |
| For Period Ending: | 10/07/11 | |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6469  BofA - Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 05/26/11 | 003021 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000016, Payment 11.29490% | 7100-000 | | 1,104.22 | 6,376.98 |
| | 05/26/11 | 003022 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000017, Payment 11.29488% | 7100-000 | | 528.23 | 5,848.75 |
| | 05/26/11 | 003023 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000018, Payment 11.29500% | 7100-000 | | 808.13 | 5,040.62 |
| * | 05/26/11 | 003024 | Worldwide Asset Purchasing, II, LLC<br>c/o West Asset Purchasing, Inc,<br>P. O. Box 105698<br>Atlanta,GA 30348 | Claim 000019, Payment 11.29492% | 7100-004 | | 2,417.12 | 2,623.50 |
| | 05/26/11 | 003025 | Asset Acceptance LLC<br>Assignne/ chase<br>PO BOX 2036<br>Warren, MI 48090 | Claim 000020, Payment 11.29505% | 7100-000 | | 286.22 | 2,337.28 |
| | 05/26/11 | 003026 | American Express Bank FSB<br>Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355 | Claim 000021, Payment 11.29496% | 7100-000 | | 2,337.28 | 0.00 |
| * | 08/10/11 | 003024 | Worldwide Asset Purchasing, II, LLC<br>c/o West Asset Purchasing, Inc,<br>P. O. Box 105698<br>Atlanta,GA 30348 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -2,417.12 | 2,417.12 |
| | 08/10/11 | 003027 | Worldwide Asset Purchasing II, LLC<br>6190 Powers Ferry Road | UNSECURED CLAIM<br>SUCCESSOR SERVICING AGENT FOR | 7100-000 | | 2,417.12 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 7,481.20 |

Ver: 16.02b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   7

Exhibit 9

| Case No: | 09-11005 -SPS | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | BULMANN, RICHARD | | Bank Name: | BANK OF AMERICA, N.A. |
| | TRIBUZIO, KAREN | | Account Number / CD #: | *******6469  BofA - Checking Account |
| Taxpayer ID No: | *******4981 | | | |
| For Period Ending: | 10/07/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Suite 475 Atlanta, GA 30339 | CLAIMANT WORLDWIDE ASSET PUCHASIG II, LLC REPLACES CHECK #3024 | | | | |

|  |  | COLUMN TOTALS | 20,973.72 | 20,973.72 | 0.00 |
|---|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 20,973.72 | 0.00 | |
| Subtotal | | 0.00 | 20,973.72 | |
| | Less: Payments to Debtors | | 0.00 | |
| Net | | 0.00 | 20,973.72 | |

| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | |
| Money Market Account (Interest Earn - *******9971 | 21,008.12 | 34.40 | 0.00 |
| BofA - Checking Account - *******6469 | 0.00 | 20,973.72 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 21,008.12 | 21,008.12 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 16.02b